UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 12-13836 |
|---|---|---|
| Sharon M LoGiudice | Chapter: | 7 |
| | Judge: | Kaplan |

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E OR F
# OR LIST OF CREDITORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: 3/28/12

Michael B. Kaplan
Judge, United States Bankruptcy Court

    The Court having noted that the debtor filed an Amendment to Schedule ____F____ or to the List of Creditors on _____3/26/12_____ that:

- ❏     Deletes a creditor or creditors

- ❏     Modifies a previously listed creditor or creditor information

- ☑     Adds a creditor or creditors

and for good cause shown, it is

    ORDERED that creditors being deleted or modified shall, pursuant to Fed.R.Bankr.P. 1009 (a), be provided notice of the amendment by the debtor or debtor's attorney, if any, and it is further

    ORDERED that added creditors have sixty (60) days from the date of this Order, or until the date specified in the *Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines*, whichever is later, to:

- •     file a proof of claim, if the case is an asset case.

- •     file a complaint objecting to discharge under Bankruptcy Code §727(a) or to determine dischargeability of its debt under Bankruptcy Code §523(c), if the debtor is an individual; and it is further

    ORDERED that the debtor(s) shall serve on added creditors, by mailing within 14 days of the date of this order:

1.     A copy of this Order, and

2.     A notice advising such creditor(s) of the following:

    - •     the date of the filing of the petition for relief;

    - •     the date of the first meeting of creditors;

- the date within which a Proof of Claim must be filed, if an asset case; a notification that a claim need not be filed, if a no-asset case;

- if the debtor is an individual, the date within which a complaint objecting to discharge/dischargeability must be filed; and

- that the debtor(s) may be examined by subpoena pursuant to D.N.J. LBR 2004-1; and it is further

ORDERED that within 14 days of the date of this order, the debtor(s) shall file an affidavit certifying compliance with the above, to which shall be attached a true copy the notice required by the preceding paragraphs.

*rev.12/1/09*