*DIP checking acct.*

In re **SHARON LOGIUDICE**     Case No. 12-13836
Debtor     Reporting Period: Oct 1 - Oct. 31, 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Wages (Net)  4 wks. | 9378.08 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income | | |
| Total Receipts | 9378.08 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1,593.38 | |
| Rental Payment(s) | | |
| **Other Secured Note Payments HELOC AND CAR** | 599.98 | |
| Utilities | 1059.28 | |
| Insurance HOMEOWNERS, FEMA AND CARS | | |
| Auto Expense  gas | 80.00 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 548.60 | |
| Medical Expenses  RX's | 306.00 | |
| Food, Clothing, Hygiene | 1163.44 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | 100.00 | |
| Gifts | 182.00 | |
| Other *(attach schedule)* | 2228.50 | |
| Total Ordinary Disbursements | 7866.18 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | 325.00 | |
| Total Reorganization Items | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | 8191.18 | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 1186.90 | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | | |

*DIP checking acct.*

In re SHARON LOGIUDICE  
Debtor

Case No. 12-13836  
Reporting Period: Oct 1 - Oct 31, 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| LESSONS AND INSTR TRAINING FOR DEPENDENT | 1496.34 | |
| NJ DIV. of REVENUE - SD INSTALLATIONS | 50.00 | |
| MISC WEEKLY EXPENSES - SLG | 400.00 | |
| MEMBERSHIP FEE Marshall-Sterling | 40.00 | |
| SCHOOL EXPENSES (Noelle) | 242.16 | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | 8191.18 | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 8191.18 | 9170 |

*DIP Savings Acct.*

In re SHARON LOGIUDICE  
Debtor  

Case No. 12-13836  
Reporting Period: October 1 - Oct. 31st, 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 393.30 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | .04 | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Other Income  $ from closing of SD Installation / transf. from Checking | 500.00 / 150.00 | |
| **Total Receipts** | 650.04 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments HELOC AND CAR | | |
| Utilities | | |
| Insurance HOMEOWNERS, FEMA AND CARS | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | - | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | - | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 1043.34 | |

FORM MOR-1 (INDV)  
2/2008  
PAGE 1 OF 2

DIP Savings Acct.

In re SHARON LOGIUDICE  
Debtor

Case No. 12-13836  
Reporting Period: Oct 1 - Oct 31, 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| LESSONS AND INSTR TRAINING FOR DEPENDENT | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 9170 |

FORM MOR-1 (INDV)  
2/2008  
PAGE 2 OF 2



Rev. 1-11

Page 1 of 1

Account No.: 123-12-13836
Process Date: 10/05/12

\*\*\*\*\*\*\*\*\*\*\*\*MIXED AADC 170

LOGIUDICE, SHARON M
11 BAILEY COURT
MANALAPAN, NJ 07726-4272

**UNITED STATES
DEPARTMENT OF JUSTICE
U.S. TRUSTEE PROGRAM**

See Instructions On Reverse Side

## Chapter 11 Quarterly Fees Statement

| Date | Description | Amount |
|---|---|---:|
| 07/26/12 | Balance Forward | .00 |
| 10/05/12 | Quarter 3, 2012 Minimum Fee Due (9) | 325.00 |
| | **Estimated Balance Due Based On Disbursement Record** | **325.00** |

Case opened 07/26/2012. Minimum fee applied.

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

00103409 1 AV 0.35

SHARON M D LOGIUDICE
DEBTOR IN POSSESSION
CASE # 12-13836
11 BAILEY CT
MANALAPAN NJ 07726-4272

September 29, 2012 through October 31, 2012
Primary Account: ████████5687

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessSelect Checking | ████████5687 | $32.52 | $1,555.66 |
| Chase Business Select High Yield Savings | ████████4693 | 393.30 | 1,043.34 ✓ |
| Total | | $425.82 | $2,599.00 |
| **TOTAL ASSETS** | | **$425.82** | **$2,599.00** |

All Summary Balances shown are as of October 31, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE BUSINESSSELECT CHECKING

SHARON M D LOGIUDICE
DEBTOR IN POSSESSION
CASE # 12-13836

Account Number: ████████5687

### CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $32.52 |
| Deposits and Additions | 5 | 11,722.60 |
| Checks Paid | 19 | - 7,806.10 |
| Electronic Withdrawals | 4 | - 2,393.36 |
| Ending Balance | 28 | $1,555.66 |

**CHASE**

September 29, 2012 through October 31, 2012

Primary Account: ▮▮▮▮▮▮▮5687

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Deposit | $2,344.52 |
| 10/09 | Deposit | 2,344.52 |
| 10/15 | Deposit | 2,344.52 |
| 10/22 | Deposit | 2,344.52 |
| 10/29 | Deposit | 2,344.52 |

**Total Deposits and Additions** $11,722.60

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1015 ^ | | 10/04 | $23.20 |
| 1028 *^ | 09/29 | 10/01 | 1,427.00 |
| 1030 *^ | 10/05 | 10/05 | 510.00 |
| 1031 ^ | 10/09 | 10/09 | 1,190.00 |
| 1032 ^ | | 10/19 | 101.16 |
| 1033 ^ | | 10/11 | 561.34 |
| 1034 | Check # 1034  Verizon Arc  Check Pymt | 10/10 | 65.70 |
| 1035 ^ | | 10/12 | 149.80 |
| 1037 *^ | 10/13 | 10/15 | 500.00 |
| 1038 ^ | | 10/23 | 325.00 |
| 1039 | Check # 1039  Cablevision  Check Pymt | 10/25 | 174.58 |
| 1040 ^ | | 10/23 | 119.00 |
| 1041 ^ | | 10/22 | 200.00 |
| 1042 | Check # 1042  Hsbc Credit Svc2 Checkpaymt | 10/23 | 202.32 |
| 1043 ^ | 10/20 | 10/22 | 765.00 |
| 1044 | Check # 1044  Jcp&L  Bill Pymt | 10/30 | 700.00 |
| 1045 ^ | | 10/29 | 180.00 |
| 1046 ^ | 10/27 | 10/29 | 132.00 |
| 1047 ^ | 10/27 | 10/29 | 480.00 |

**Total Checks Paid** $7,806.10

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

# CHASE

September 29, 2012 through October 31, 2012
Primary Account: ██████5687

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/01 | 09/30 Online Transfer To Mma ...4693 Transaction#: ████4098 | $150.00 |
| 10/11 | NJ Car100 Pmt   NJ Cbtar P 091000016215471 CCD ID: ████0928 | 50.00 |
| 10/17 | Bank of America  Mortgage   031629392      Tel ID: ████6004 | 1,593.38 |
| 10/22 | 10/20 Online Transfer To Hel ...0492 Transaction#: ████4207 | 599.98 |
| **Total Electronic Withdrawals** | | **$2,393.36** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|
| 10/01 | $800.04 | 10/17 | 845.66 |
| 10/04 | 776.84 | 10/19 | 744.50 |
| 10/05 | 266.84 | 10/22 | 1,524.04 |
| 10/09 | 1,421.36 | 10/23 | 877.72 |
| 10/10 | 1,355.66 | 10/25 | 703.14 |
| 10/11 | 744.32 | 10/29 | 2,255.66 |
| 10/12 | 594.52 | 10/30 | 1,555.66 |
| 10/15 | 2,439.04 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---:|
| Checks Paid / Debits | 22 |
| Deposits / Credits | 5 |
| Deposited Items | 5 |
| **Transaction Total** | **32** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---:|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

**CHASE** ◯

September 29, 2012 through October 31, 2012

Primary Account: ▇▇▇▇▇▇▇▇▇▇5687

---

## CHASE BUSINESS SELECT HIGH YIELD SAVINGS

SHARON M D LOGIUDICE
DEBTOR IN POSSESSION
CASE #

Account Number: ▇▇▇▇▇▇▇▇▇▇4693

### SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $393.30 |
| Deposits and Additions | 3 | 650.04 |
| Ending Balance | 3 | $1,043.34 |
| Annual Percentage Yield Earned This Period |  | 0.05% |
| Interest Earned This Period |  | $0.04 |
| Interest Paid Year-to-Date |  | $0.07 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $393.30 |
| 10/01 | Online Transfer From Chk ...5687 Transaction#: 2889224098 | 150.00 | 543.30 |
| 10/03 | Transfer From Chk Xxxxx6263 | 500.00 | 1,043.30 |
| 10/31 | Interest Payment | 0.04 | 1,043.34 |
|  | Ending Balance |  | $1,043.34 ✓ |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.