*JB Checking Acct* (handwritten)

In re SHARON LOGIUDICE
Debtor

Case No. 12-13836
Reporting Period: November 1 - November 30 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Wages (Net) | 9378.08 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income  *Insurance* | 4.50 | |
| Total Receipts | 9382.58 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 1593.38 | |
| Rental Payment(s) | | |
| **Other Secured Notes** Chase LOC | 619.99 | |
| Utilities | 1200.75 | |
| Insurance HOMEOWNERS, FEMA AND CARS *Life* | 1084.90 | |
| Auto Expense | 625.00 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 408.87 | |
| Medical Expenses | 509.00 | |
| Food, Clothing, Hygiene | 1268.00 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | 150.00 | |
| Other (attach schedule) LESSONS/EDUCATION/MISC | 1662.50 | |
| Total Ordinary Disbursements | 9122.39 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 325.00 | |
| Other Reorganization Expenses (attach schedule) | 18.00 | |
| Total Reorganization Items | 343.00 | |
| **Total Disbursements** (Ordinary + Reorganization) | | 9465.39 |
| **Net Cash Flow** (Total Receipts - Total Disbursements) | <82.81>- | |
| **Cash - End of Month** (Must equal reconciled bank statement) | | |

FORM MOR-1 (INDV)
2/2008
PAGE 1 OF 2

*DIP checking*

In re SHARON LOGIUDICE
Debtor

Case No. 12-13836
Reporting Period: *November*

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Expenses Lesson/Instructional training/board | 1160.00 | |
| School expenses | 102.50 | |
| Misc weekly expenses - SLG | 400.00 | |
| | | |
| **Other Reorganization Expenses** | | |
| Bank service fee | 18.00 | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | 9465.39 | - 0 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 1000.00 | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 8465.39 | 9170 |

FORM MOR-1 (INDV)
2/2008
PAGE 2 OF 2

*BP Savings Acct* (handwritten)

In re **SHARON LOGIUDICE**  
Debtor

Case No. **12-13836**  
Reporting Period: **November 2012**  
**11/1 - 11/30/12**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 1043.34 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | .06 | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *transfer from checking* | 1000.00 | |
| Total Receipts | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Notes   Chase LOC | | |
| Utilities | | |
| Insurance HOMEOWNERS, FEMA AND CARS | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Items | | |
| **Total Disbursements** (Ordinary + Reorganization) | - | |
| **Net Cash Flow** (Total Receipts - Total Disbursements) | - | |
| **Cash - End of Month** (Must equal reconciled bank statement) | 2043.40 | |

FORM MOR-1 (INDV)  
2/2008  
PAGE 1 OF 2

DIP Savings Acct.

In re SHARON LOGIUDICE  
Debtor

Case No. 12-13836  
Reporting Period: November 1 - Nov. 30, 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2012 through November 30, 2012

Primary Account: ▉▉▉▉▉▉▉85687



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

SHARON M D LOGIUDICE
DEBTOR IN POSSESSION
CASE # 12-13836
11 BAILEY CT
MANALAPAN NJ 07726-4272

---

You will see more information about your ATM deposits on your account statement.

Tracking your ATM deposits will be even easier beginning November 12, 2012. In the Deposits and Additions section of your statement, you will see the date you made your deposit (in addition to the date we posted it to your account), and the last four digits of the card number for each ATM deposit.

In the ATM & Debit Card Summary section, ATM and debit card transactions will be totaled by card number. This will help you track activity by cardholder. Please note that any ATM deposit transactions that post to your account before November 12, 2012, will not show this additional information and will not be included in the ATM & Debit Card Summary section at the end of your statement.

We value you as a Chase customer. If you have questions, please call us at the number on this statement or visit your nearest branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessSelect Checking | ▉▉▉▉5687 | $1,555.66 | $750.42 |
| Chase Business Select High Yield Savings | ▉▉▉▉4693 | 1,043.34 | 2,043.40 |
| **Total** | | **$2,599.00** | **$2,793.82** |

| **TOTAL ASSETS** | | **$2,599.00** | **$2,793.82** |

**All Summary Balances** shown are as of November 30, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Page 1 of 6

# CHASE

November 01, 2012 through November 30, 2012
Primary Account: 5687

## CHASE BUSINESSSELECT CHECKING

SHARON M D LOGIUDICE
DEBTOR IN POSSESSION
CASE # 12-13836

Account Number: 5687

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $1,555.66 |
| Deposits and Additions | 4 | 9,382.58 |
| Checks Paid | 15 | - 6,956.45 |
| Electronic Withdrawals | 3 | - 3,213.37 |
| Fees and Other Withdrawals | 1 | - 18.00 |
| Ending Balance | 23 | $750.42 |

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | Deposit | $2,344.52 |
| 11/16 | Deposit | 2,349.02 |
| 11/19 | Deposit | 2,344.52 |
| 11/23 | Deposit | 2,344.52 |
| **Total Deposits and Additions** | | **$9,382.58** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1048 ^ |  | 11/09 | $946.04 |
| 1049 ^ | 11/09 | 11/09 | 1,030.00 |
| 1050 | Check # 1050 Cablevision Check Pymt Arc I | 11/15 | 179.74 |
| 1051 ^ |  | 11/19 | 200.00 |
| 1052 ^ |  | 11/13 | 138.84 |
| 1053 | Check # 1053 Capital One Arc Check Pymt | 11/13 | 249.00 |
| 1054 | Check # 1054 Jcp&L Bill Pymt Arc ID | 11/13 | 700.00 |
| 1055 ^ | 11/16 | 11/16 | 1,190.00 |
| 1056 ^ | 11/17 | 11/19 | 616.00 |

Page 2 of 6

# CHASE

November 01, 2012 through November 30, 2012
Primary Account: ██████5687

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1058 * | Check # 1058 | Verizon Financia Payments | Arc ID: 1564577000 | 11/26 | 65.96 |
| 1059 ^ | | | | 11/27 | 98.87 |
| 1060 ^ | | | | 11/27 | 325.00 |
| 1061 ^ | | | | 11/26 | 260.00 |
| 1062 | Check # 1062 | Capital One Arc Check Pymt | Arc ID: 95417190Ba | 11/27 | 25.00 |
| 1063 ^ | 11/23 | | | 11/23 | 932.00 |
| **Total Checks Paid** | | | | | **$6,956.45** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/19 | 11/17 Online Transfer To M█████ saction#: ██████ | $1,000.00 |
| 11/19 | Home Finance  Tel-Pmt  █████ 2 Tel ID: █████ | 619.99 |
| 11/20 | Bank of America  Mortgage ███████ Tel ID: 9█████ | 1,593.38 |
| **Total Electronic Withdrawals** | | **$3,213.37** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/30 | Service Fee | $18.00 |
| **Total Fees & Other Withdrawals** | | **$18.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/09 | $1,924.14 |
| 11/13 | 836.30 |
| 11/15 | 656.56 |
| 11/16 | 1,815.58 |
| 11/19 | 1,724.11 |
| 11/20 | 130.73 |
| 11/23 | 1,543.25 |
| 11/26 | 1,217.29 |
| 11/27 | 768.42 |
| 11/30 | 750.42 |

# CHASE

November 01, 2012 through November 30, 2012

Primary Account: 5687

## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month. Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00. Your average daily balance was $1,298.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $2,733.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 17 |
| Deposits / Credits | 4 |
| Deposited Items | 5 |
| **Transaction Total** | **26** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $18.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$18.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$18.00** |

## CHASE BUSINESS SELECT HIGH YIELD SAVINGS

SHARON M D LOGIUDICE  
DEBTOR IN POSSESSION  
CASE #

Account Number: 4693

## SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $1,043.34 |
| Deposits and Additions | 2 | 1,000.06 |
| **Ending Balance** | 2 | **$2,043.40** |
| Annual Percentage Yield Earned This Period |  | 0.05% |
| Interest Earned This Period |  | $0.06 |
| Interest Paid Year-to-Date |  | $0.13 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.



November 01, 2012 through November 30, 2012
Primary Account: 5687

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------:|--------:|
|      | Beginning Balance |  | $1,043.34 |
| 11/19 | Online Transfer From | 1,000.00 | 2,043.34 |
| 11/30 | Interest Payment | 0.06 | 2,043.40 |
|      | Ending Balance |  | $2,043.40 |



You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.