*DIP checking acct.*

In re **SHARON LOGIUDICE**  
**Debtor**

Case No. 12-13836  
Reporting Period: Dec 1 - Dec. 31, 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** |  |  |
| **RECEIPTS** |  |  |
| Wages (Net) | 11221.76 |  |
| **Interest and Dividend Income** |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income  *Ins. refund* | 117.70 |  |
| Total Receipts |  |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 1593.38 |  |
| Rental Payment(s) |  |  |
| **Other Secured Notes   Chase LOC** | 599.98 |  |
| Utilities | 1190.44 |  |
| Insurance HOMEOWNERS, FEMA AND CARS, *Life* | 546.64 |  |
| Auto Expense | 2.00 |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance | 329.80 |  |
| Medical Expenses | 1121.29 |  |
| Food, Clothing, Hygiene | 1442.09 |  |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other *(attach schedule)* |  |  |
| Travel and Entertainment |  |  |
| Gifts  *B-day/Christmas* | 1242.80 |  |
| Other *(attach schedule)* LESSONS/EDUCATION | 2368.90 |  |
| **Total Ordinary Disbursements** | 10437.32 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses *(attach schedule)* | 68.85 |  |
| **Total Reorganization Items** | 68.85 |  |
| **Total Disbursements** *(Ordinary + Reorganization)* | 10506.17- |  |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 833.29 |  |
| **Cash - End of Month** *(Must equal reconciled bank statement)* |  |  |

FORM MOR-1 (INDV)  
2/2008  
PAGE 1 OF 2

In re SHARON LOGIUDICE  
Debtor

Case No. 12-13836  
Reporting Period: Dec. 1 - Dec. 31, 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| SLG weekly money | 300.00 | |
| NGA charge | 10.89 | |
| Capital one payment | 50.00 | |
| Lesson / Board / maint. | 1160.00 | |
| Computer AD | 25.00 | |
| Educational expenses | 823.01 | |
| **Other Reorganization Expenses** | | |
| Credit reporting - HSBC c/c | 50.85 | |
| Monthly business check acct fee | 18.00 | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 10,437.32 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 10,437.32 |

FORM MOR-1 (INDV)  
2/2008  
PAGE 2 OF 2

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 01, 2012 through December 31, 2012
Primary Account: ██████████5687

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

SHARON M D LOGIUDICE
DEBTOR IN POSSESSION
CASE # 12-13836
11 BAILEY CT
MANALAPAN NJ 07726-4272



## IMPORTANT UPDATES TO THE DEPOSIT ACCOUNT AGREEMENT

We will be making the following changes to the Deposit Account Agreement for Chase checking and savings accounts, effective March 24, 2013.

We have:
- Added the following language to the Important Definitions section: Debit card transaction: Includes any purchase from a merchant using your ATM card or debit card.
- Modified the agreement to clarify that we will only send one copy of any notice relating to your account, even if the account has more than one owner.
- Revised our Funds Availability Policy. Under Longer Delays May Apply, we describe circumstances where funds may not be available until the seventh business day after the day of deposit. We are deleting the sentence saying that the first $200 from your deposit will be available on the next business day, so if we delay availability in those cases the delay may apply to the full amount of the deposit.

All other terms of your account agreement remain the same. If you have questions about the changes, please call us at the number on this statement or visit your nearest branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessSelect Checking | ██████5687 | $750.42 | $2,406.12 |
| Chase Business Select High Yield Savings | ██████4693 | 2,043.40 | 2,043.49 |
| Total | | $2,793.82 | $4,449.61 |
| **TOTAL ASSETS** | | **$2,793.82** | **$4,449.61** |

**All Summary Balances** shown are as of December 31, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

**CHASE**

December 01, 2012 through December 31, 2012

Primary Account: ▮▮▮▮5687

## CHASE BUSINESSSELECT CHECKING

SHARON M D LOGIUDICE
DEBTOR IN POSSESSION
CASE # 12-13836

Account Number: ▮▮▮▮▮▮▮▮

### CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $750.42 |
| Deposits and Additions | 6 | 11,339.46 |
| Checks Paid | 20 | - 7,212.23 |
| Electronic Withdrawals | 3 | - 2,453.53 |
| Fees and Other Withdrawals | 1 | - 18.00 |
| Ending Balance | 30 | $2,406.12 |

This message confirms that you have overdraft protection on your checking account.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | Deposit | $2,344.52 |
| 12/14 | Deposit | 2,182.65 |
| 12/20 | Deposit | 2,182.65 |
| 12/26 | Deposit | 2,344.00 |
| 12/26 | Asf, Dba Insperi Payroll | 2,167.94 |
| 12/28 | Deposit | 117.70 |
| **Total Deposits and Additions** | | **$11,339.46** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1057 | Check # 1057   Jostens Inc   Checkpaymt   Arc ID: ▮▮▮ | 12/14 | $102.50 |
| 1064 *^ | | 12/03 | 180.00 |
| 1065 ^ | 12/08 | 12/10 | 1,340.30 |
| 1066 ^ | | 12/18 | 98.37 |
| 1067 | Check # 1067   Capital One Arc   Check Pymt   Arc ID: ▮▮▮ | 12/18 | 284.64 |
| 1068 ^ | | 12/28 | 80.32 |
| 1069 ^ | | 12/18 | 147.53 |
| 1070 ^ | 12/17 | 12/17 | 1,041.00 |
| 1071 ^ | | 12/19 | 138.84 |
| 1072 ^ | 12/17 | 12/17 | 486.69 |
| 1073 | Check # 1073   Cablevision   Check Pymt   Arc ID: ▮▮▮ | 12/21 | 174.58 |
| 1074 ^ | | 12/31 | 200.00 |
| 1076 *^ | | 12/24 | 260.00 |

# CHASE

December 01, 2012 through December 31, 2012

Primary Account: ███████5687



## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1077 | Check # 1077 | Capital One Arc  Check Pymt | Arc ID: ███ | 12/24 | 50.00 |
| 1078 | Check # 1078 | Verizon Financia Payments | Arc ID: ███ | 12/24 | 65.86 |
| 1079 ^ | 12/28 | | | 12/28 | 1,588.00 |
| 1080 | Check # 1080 | American Express Arc Pmt | Arc ID: ███ | 12/31 | 193.80 |
| 1083 * ^ | | | | 12/31 | 149.80 |
| 1085 * ^ | | | | 12/31 | 180.00 |
| 1086 ^ | 12/29 | | | 12/31 | 450.00 |

**Total Checks Paid**  $7,212.23

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/18 | Liberty Mutual  Insrnc Pmt | PPD ID: ███ | $260.17 |
| 12/24 | Bank of America  Mortgage | ███ | 1,593.38 |
| 12/24 | Home Finance  Tel-Pmt | ███ | 599.98 |

**Total Electronic Withdrawals**  $2,453.53

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | Service Fee | $18.00 |

**Total Fees & Other Withdrawals**  $18.00

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 12/03 | $570.42 | 12/20 | 3,380.20 |
| 12/10 | 1,574.64 | 12/21 | 3,205.62 |
| 12/14 | 3,654.79 | 12/24 | 636.40 |
| 12/17 | 2,127.10 | 12/26 | 5,148.34 |
| 12/18 | 1,336.39 | 12/28 | 3,597.72 |
| 12/19 | 1,197.55 | 12/31 | 2,406.12 |

**CHASE**

December 01, 2012 through December 31, 2012

Primary Account: ███████5687

## SERVICE CHARGE SUMMARY

You were charged a monthly service fee this month. Your Chase BusinessSelect Checking monthly Service Fee can be waived in five different ways during any statement period:

- Maintain an average daily balance of $7,500.00. Your average daily balance was $2,103.00. OR
- Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $4,091.00. OR
- Link a qualifying personal checking account to your Chase BusinessSelect Checking account. You have no qualifying personal account linked. OR
- Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
- Pay at least $50.00 in qualifying checking-related services or fees. You paid $0.00.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 23 |
| Deposits / Credits | 6 |
| Deposited Items | 4 |
| **Transaction Total** | **33** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $18.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$18.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$18.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $4,688.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$4,688.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |

# CHASE

December 01, 2012 through December 31, 2012

Primary Account: 5687

## CHASE BUSINESS SELECT HIGH YIELD SAVINGS

SHARON M D LOGIUDICE
DEBTOR IN POSSESSION
CASE #

Account Number: 4693



### SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $2,043.40 |
| **Deposits and Additions** | 1 | 0.09 |
| **Ending Balance** | 1 | $2,043.49 |
| Annual Percentage Yield Earned This Period |  | 0.05% |
| Interest Earned This Period |  | $0.09 |
| Interest Paid Year-to-Date |  | $0.22 |

The monthly service fee for this account was waived as an added feature of Chase BusinessSelect Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $2,043.40 |
| 12/31 | Interest Payment | 0.09 | 2,043.49 |
|  | Ending Balance |  | $2,043.49 |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase BusinessSelect Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

# CHASE ◯

December 01, 2012 through December 31, 2012

Primary Account: ████████5687

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.    Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC

*SIP Savings acct.*

In re SHARON LOGIUDICE
Debtor

Case No. 12-13836
Reporting Period: Dec 1 - Dec 31, 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 2043.40 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | .09 | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income | | |
| Total Receipts | 2043.09 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Notes   Chase LOC | | |
| Utilities | | |
| Insurance HOMEOWNERS, FEMA AND CARS | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* LESSONS/EDUCATION | | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Items | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | - |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | - |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 2043.09 | |

FORM MOR-1 (INDV)
2/2008
PAGE 1 OF 2

In re SHARON LOGIUDICE  
Debtor

Case No. 12-13836  
Reporting Period: Dec 1 - Dec 31, 2012

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 9170 |

FORM MOR-1 (INDV)  
2/2008  
PAGE 2 OF 2